UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-61279-CIV-SCOLA

EDWARD ALLEN BELL,

    Plaintiff,

vs.

CARNIVAL CORPORATION,

    Defendant.
_____/

## ORDER DENYING MOTION TO ABATE

THIS MATTER is before the Court on the Plaintiff's Unopposed Motion to Abate [ECF No. 78]. This Motion is **DENIED**. The Court already abated this case once and is unwilling to do so again. The case is over two years old and is ready for trial.

**DONE and ORDERED** in chambers at Miami, Florida on July 8, 2013.

_____
HON. ROBERT N. SCOLA, JR.
U.S. DISTRICT COURT JUDGE